GORDON LOCKE, *Pro Hac Vice*
74 Sheldrake Place
New Rochelle, N.Y. 10804-1115
Tel.: (914) 632-8568
Fax: (914) 654-8226 (fax)
E-mail: lockelaw@cyburban.com

GREGORY L. McCOY [State Bar No. 063399]
GAGEN, McCOY, McMAHON & ARMSTRONG
27 Front Street
Danville, CA 94256
Tel.: (925) 837-0585
Fax: (925) 838-5985

Attorneys for Plaintiff **CFA NORTHERN CALIFORNIA, INC.**

RICHARD M. ROLLMAN, *Pro Hac Vice*
GABROY, ROLLMAN & BOSSÉ, P.C.
3507 North Campbell Avenue, Suite 111
Tucson, Arizona 85719
Telephone: (520) 320-1300
Telefax: (520) 320-0717
E-Mail Address: rollman@gabroylaw.com

PETER B. LOGAN [State Bar No. 083652]
LOGAN LAW GROUP, P.C.
750 Lindaro Street, Suite 100
San Rafael, California 94901
Telephone: (415) 451-8200
Telefax: (415) 451-8228

Attorneys for Defendants **CRT PARTNERS, CLAIRE THOMAS, and ROBERT CAMPBELL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CFA NORTHERN CALIFORNIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRT PARTNERS, LLP, CLAIRE THOMAS and ROBERT CAMPBELL, <br><br> Defendants. | Case No.: C 04-5049-CW (ARB) <br> **ORDER GRANTING STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINES, RESET DISPOSITIVE MOTION HEARING AND TRIAL** <br><br> Date: <br> Time: <br> **Courtroom: 2** |

Plaintiff CFA Northern California, Inc. and Defendants CRT PARTNERS, and CLAIRE THOMAS stipulate and agree that the Court may reschedule and extend the dispositive motion

briefing schedule and hearing date, case management conference date, pretrial conference date, and trial as follows:

    1)     Plaintiff shall file its dispositive motion brief by Friday, March 3, 2006;

    2)     Defendant's opposition/cross motion brief shall be filed Friday, March 17, 2006;

    3)     Plaintiff's reply/opposition shall be filed by Monday, March 27, 2006;

    4)     Defendant's surreply shall be filed by Monday, April 3, 2006;

    5)     The case management conference shall be rescheduled to Friday, April 21, 2006 at 10:00 a.m.;

    6)     All dispositive motions shall be heard on Friday, April 21, 2006 at 10:00 a.m.;

    7)     The pretrial conference shall be scheduled for September 15, 2006 at 1:30 p.m.; and

    8)     A 4-day jury trial will commence at 8:30 a.m. on Monday, September 25, 2006.

This stipulation is supported by the attached affidavit of Richard M. Rollman, and the reasons set below.

The parties agree that the trial date shall be rescheduled in order to allow counsel for Defendants to attend his daughter's high school graduation on May 25, 2006 and the awards program preceding graduation on May 23, 2006. The parties also jointly request that the discovery deadlines and dispositive motion deadlines be extended for the reason that the parties have encountered delays in proceeding with discovery due o scheduling conflicts arising from witness travel schedules, holiday conflicts, and other trial conflicts.

RESPECTFULLY SUBMITTED this 15 day of December, 2005

        GABROY, ROLLMAN & BOSSÉ, P.C.

        By *[signature]*
        Richard M. Rollman
        Attorneys for Defendants **CRT PARTNERS, CLAIRE THOMAS, and ROBERT CAMPBELL**

        GORDON LOCKE, ESQ.

        By *[signature]*
        Gordon Locke by *[initials]*
        Attorney for Plaintiff **CFA NORTHERN CALIFORNIA, INC.**

## ORDER

Upon joint motion of the parties and good cause appearing, it is hereby ordered as follows:

1) Plaintiff shall file dispositive motion brief by Friday, March 3, 2006;

2) Defendant's opposition/cross motion shall be filed Friday, March 17, 2006;

3) Plaintiff's reply/opposition shall be filed by Monday, March 27, 2006;

4) Defendant's surreply shall be filed by Monday, April 3, 2006;

5) The case management conference shall be rescheduled to Friday, April 21, 2006 at 10:00 a.m.;

6) All dispositive motions shall be heard on Friday, April 21, 2006 at 10:00 a.m.;

7) The pretrial conference shall be scheduled for September 15, 2006 at 1:30 p.m.; and

8) A 4-day jury trial will commence at 8:30 a.m. on Monday, September 25, 2006

Dated: December 20, 2005

_____
Claudia Wilken
UNITED STATES DISTRICT JUDGE



STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINES; RESET DISPOSITIVE MOTION HEARING AND TRIAL AND PROPOSED ORDER

## AFFIDAVIT OF
## RICHARD M. ROLLMAN

STATE OF ARIZONA    )
                    )ss.
COUNTY OF PIMA      )

Richard M. Rollman, being first duly sworn upon his oath deposes and says:

1. The current trial date in this matter is May 22, 2006. The trial is expected to last four days. The trial schedule will conflict with graduation of undersigned counsel's daughter from high school. Carrie Rollman will graduate from Catalina Foothills High School in Tucson, Arizona on May 25, 2006. Prior to graduation, she will participate in Awards Night on May 23, 2006, during which she is expected to receive awards for performance in high school.

2. I was not aware of these dates at the time the trial date was set. I believed graduation was scheduled for the prior week. I did not discover the conflict until this week as we began making plans and discovered graduation was scheduled one week later than we thought. I contacted my client, opposing counsel and filed this motion within two days of learning of the conflict.

3. Undersigned counsel has conferred with counsel for plaintiff with respect to rescheduling the trial date. Plaintiff's counsel agrees that the request to reschedule trial is appropriate, will not prejudice plaintiff, and should be granted. Undersigned counsel has also disclosed the scheduling conflict with his client, who has agreed that the trial of this matter should be rescheduled in order to avoid the conflict with graduation.

Further affiant sayeth naught.

_____
RICHARD M. ROLLMAN

SUBSCRIBED AND SWORN to before me this 15th day of December, 2006 by Richard M. Rollman

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Michele A. Gossell
Notary Public-Arizona
Pima County
My Commission Expires 8/18/2007

S:\cli\lit\26222.001\RMR Affidavit.doc