GORDON LOCKE, GL #6360
Attorney at Law
74 Sheldrake Place
New Rochelle, NY 10804-1115
Telephone: (914) 632-8568
Facsimile: (914) 654-8226

GREGORY L. McCOY, CSB #063399
Gagen, McCoy, McMahon & Armstrong
279 Front Street
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Plaintiff,
CFA NORTHERN CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CFA NORTHERN CALIFORNIA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CRT PARTNERS, LLP, CLAIRE THOMAS and ROBERT CAMPBELL,<br><br>Defendants. | CASE NO: 04-5049 CW ARB<br><br>[~~PROPOSED~~] ORDER |

The Plaintiff and the Defendant having Stipulated to Enlarge Plaintiff's time to file and serve its Reply to Defendants Opposition to Plaintiff's Motion for Partial Summary Judgment and Cross Motion for Summary Judgment, enlarge Defendants' time to file and serve its surreply,

IT IS HEREBY ORDERED:

1. Plaintiff shall file and serve its reply to Defendants Opposition to Plaintiff's Motion for Partial Summary Judgment and Cross Motion for Summary Judgment by March 31, 2006.

2. Defendants shall serve and file their surreply by April 7, 2006.

Dated: 3/31/06

_____
Claudia Wilken, U.S.D.J.

Law Offices of
GAGEN,
McCOY,
McMAHON &
ARMSTRONG
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585